**No. 09-8514. John Wesley Lee, Jr., Petitioner v. Douglas F. Gansler, Attorney General of Maryland, et al.**

559 U.S. 982, 130 S. Ct. 1712, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2025.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 849.